UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-62195-BLOOM/Valle

CLARA ARCHIBALD,

    Plaintiff,

v.

MONTEREY FINANCIAL SERVICES, INC.,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' Joint Stipulation of Dismissal (the "Stipulation"), ECF No. [21], reporting that the parties stipulate that this action be dismissed with prejudice and without costs to either party. The Court having considered the Stipulation, and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the parties' Stipulation, **ECF No. [21]**, is **APPROVED AND ADOPTED**, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this matter and all pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 24th day of April, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record